**FILED**
July 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TAN QUOC TO, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0240-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TAN QUOC TO, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07/22/08   at 3:30pm

By _____
Edmund F. Brennan
United States Magistrate Judge