HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
TAN TO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         Plaintiff,<br><br>   vs.<br><br>**TAN TO**,<br><br>         Defendant. | No. 2:08 -CR - 0342 MCE<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

    Plaintiff, United States of America (Government), by and through its counsel, Asst. U.S. Attorney Jill M. Thomas, and defendant, Tan To, by and through his counsel, Hayes H. Gable, III, agree and stipulate that the terms and conditions of defendant's pretrial release be modified as follows:

    1. Special Conditions of Release are hereby modified to add no. 12 to read: "You are to remain in your residence between the hours of 9:00 p.m. and 6;00 a.m., unless your absence during those hours is approved in advance by the pretrial services officer".

    2. All other terms and conditions of defendant's pretrial release shall remain in full force and effect.

     This stipulated modification is entered into as a result of the defendant being the victim

of a stabbing on January 20, 2009, at 2:00 a.m., while in the company of co-defendant Ruetha Yun.

IT IS SO STIPULATED.

Dated: February 9, 2009

       /s/ Jill M. Thomas
JILL M. THOMAS
Asst. U.S. Attorney

Dated: February 9, 2009

       /s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
TAN TO

* * *

ORDER

The court, having consulted with the Pretrial Services Officer, affirms the parties' stipulation.  IT IS SO ORDERED.

Dated: February 10, 2009.

U.S. MAGISTRATE JUDGE