1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 354
3  Sacramento, CA 95814
   Telephone: (916) 446-3331
4  hhgable@pacbell.net

5  Attorney for Defendant
   TAN TO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08 -CR - 0342 MCE |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| **TAN TO**, | |
| Defendant. | |

   Plaintiff, United States of America (Government), by and through its counsel, Asst. U.S. Attorney Jill M. Thomas, and defendant, Tan To, by and through his counsel, Hayes H. Gable, III, agree and stipulate that the terms and conditions of defendant's pretrial release be modified as follows:

   1. Special Conditions of Release are hereby modified to delete condition no. 12, which currently reads: "You are to remain in your residence between the hours of 9:00 p.m. and 6;00 a.m., unless your absence during those hours is approved in advance by the pretrial services officer".

   2. All other terms and conditions of defendant's pretrial release shall remain in full force and effect.

1 | Pretrial Services Officer Rebecca Fiddleman is in agreement with the proposed change.

2 | IT IS SO STIPULATED.

3 | Dated: December 23, 2009

```
                              /s/ Jill M. Thomas
                              JILL M. THOMAS
                              Asst. U.S. Attorney
```

Dated: December 23, 2009

```
                              /s/Hayes H. Gable, III
                              HAYES H. GABLE, III
                              Attorney for Defendant
                              TAN TO
```

IT IS SO ORDERED.

Dated: December 24, 2009

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE