HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TAN TO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>TAN TO,<br><br>           Defendant. | No. Cr. S 08-342 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, TAN TO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 21, 2013, this Court sentenced Mr. To to a term of 68 months imprisonment;

3. His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months. He received a reduction from the low-end of the range on the government's motion;

Stipulation and Order Re: Sentence Reduction     1

4. The sentencing range applicable to Mr. To was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. To's total offense level has been reduced from 33 to 31, his amended guideline range is 108 to 135 months. A reduction comparable to the one he received initially produces a term of 54 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. To's term of imprisonment to a total term of 54 months.

Respectfully submitted,

Dated: June 9, 2015                          Dated: June 9, 2015

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                       Federal Defender


 /s/ *Jason Hitt*                              /s/ *David M. Porter*
JASON HITT                                   DAVID M. PORTER
Assistant U.S. Attorney                      Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA                     TAN TO


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. To is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months. A reduction comparable to the one he received initially produces a term of 54 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2013 is reduced to a term of 54 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. To shall report to the United States Probation Office within seventy-two hours after his release.

    IT IS SO ORDERED.

Dated:  June 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT